[No. 39038-4-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIS
EUGENE DRAKE, *Appelllant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01882-8, Larry E. McKeeman, J.,
entered July 10, 1996. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Coleman and Becker, JJ.

[No. 39039-2-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
MOORE MCNELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01261-7, Ronald L. Castleberry,
J., entered July 1, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 39222-1-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNELL
ALFRED BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06719-7, John M. Darrah, J., entered
August 19, 1996. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Webster and Agid, JJ.

[No. 39399-5-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BUD SULLIVAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00797-4, Linda Lau, J., entered September
19, 1996. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Baker, C.J., and Ellington, J.